Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:21-cv-00893-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 6] AND MOTION FOR FEES AND COSTS [ECF No. 7]** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC., et al., | |
| Defendants. | **(First Request)** |



Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff Bank of America, N.A. ("BANA") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On May 6, 2021, BANA filed its Complaint in the Second Judicial District Court, Case No. A-21-834244-C [ECF No. 1-1];

2. On May 6, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];

3. On June 4, 2021, BANA filed a Motion for Remand [ECF No. 6] and Motion for Costs and Fees [ECF No. 7];

4. Chicago Title's deadline to respond to BANA's Motion for Remand and Motion for Costs and Fees is June 18, 2021;

5. Chicago Title's counsel is requesting an extension until July 9, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;

6. Chicago Title requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in Bayview's motions;

7. BANA does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

621459.1

1       **IT IS SO STIPULATED** that Chicago Title's deadline to respond to BANA's Motion for

2 Remand [ECF No. 6] and Motion for Costs and Fees [ECF No. 7] is hereby extended through and

3 including July 9, 2021.

4

5 Dated: June 17, 2021                      EARLY SULLIVAN WRIGHT
                                           GIZER & McRAE LLP

6

7                                            By:   */s/-- Sophia S. Lau*
                                                 SCOTT E. GIZER

8                                                  SOPHIA S. LAU
                                                 Attorneys for Defendant CHICAGO TITLE
                                                 INSURANCE COMPANY

9

10 Dated: June 17, 2021                      SINCLAIR BRAUN LLP

11                                            By:   */s/-Kevin S. Sinclair*
                                                   KEVIN S. SINCLAIR

12                                                  Attorneys for Defendant CHICAGO TITLE
                                                 INSURANCE COMPANY

13

14 Dated: June 17, 2021                      WRIGHT FINLAY & ZAK, LLP

15                                            By:   */s/-Christina V. Miller*

16                                                    CHRISTINA V. MILLER
                                                 Attorneys for Plaintiff BANK OF AMERICA,

17                                                  N.A.

18   **IT IS SO ORDERED:**

19

20 Dated:     June 18, 2021                             By: _____

21                                              UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27


EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

1

## **CERTIFICATE OF SERVICE**

2

3      I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk

4  of the Court using the CM/ECF system which will send notification of such filling to the

5  Electronic Service List for this Case.

6      I declare under penalty of perjury under the laws of the United State of America that the

7  foregoing is true and correct.

8

9

10                              */s/ D'Metria Bolden*
                               D'METRIA BOLDEN
11                              An Employee of EARLY SULLIVAN
                               WRIGHT GIZER & McRAE LLP
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

621459.1