WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY, INC.; CHICAGO TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive<br><br>Defendants. | Case No.: 2:21-cv-00893-JCM-VCF<br><br>**STIPULATION AND ORDER TO RESET BRIEFING ON MOTION TO REMAND [ECF No. 6] AND TO STAY DEFENDANTS' RESPONSE DEADLINE PENDING RESOLUTION OF MOTION TO REMAND** |

Plaintiff, Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP ("**BANA**") and Defendants Fidelity National Title Group, Inc., Chicago Title Insurance Company and Chicago Title Agency of Nevada, Inc. (collectively, "**Defendants**," and with Plaintiff, the "**Parties**"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 6, 2021, Plaintiff filed its Complaint in the Eighth Judicial District Court, Case No. A-21-834244-C [ECF No. 1-1]. Chicago Title Insurance Company filed a Petition for Removal to this Court on May 6, 2021 [ECF No. 1]. On June 4, 2021, BANA filed a Motion to

Remand and Motion for Fees and Costs [ECF Nos. 6-7]. Thereafter, on June 23, 2021, this Court granted the Parties' stipulation to stay the case pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC) [ECF No. 12], which resolved via the Ninth Circuit's mandate on November 29, 2021.

On May 16, 2022, this Court entered its Order lifting the stay and requiring the Parties to submit a proposed schedule to complete briefing on the Motion for Remand and Motion for Fees, and for Defendants to file responsive pleadings on or before June 15, 2022. ECF No. 15.

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. BANA hereby **WITHDRAWS** its Motion for Fees [ECF No. 7];

2. Defendants' deadline to respond to the Motion for Remand [ECF No. 6] shall be **July 14, 2022**.

4. In the interests of judicial economy and to conserve party resources, Defendants' deadline to file a responsive pleading shall also be **STAYED** pending the Court's resolution of the Motion for Remand [ECF No. 6];

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6.  In the event this Court denies the Motion for Remand and retains jurisdiction, the Parties will submit a stipulation to set Defendants' response deadline within thirty (30) days of this Court's Order.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 14th day of June, 2022. | DATED this 14th day of June, 2022. |
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Dragon, Esq.* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AEG 2006-HE1 Asset Backed Pass-Through Certificates, Series AEG 2006-HE1* | */s/ Scott E. Gizer, Esq.* <br> Scott E. Gizer, Esq. <br> Nevada Bar No. 12216 <br> Sophia S. Lau, Esq., <br> Nevada Bar No. 13365 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendants Fidelity National Title Group, Inc., Fidelity National Title Insurance Company and Fidelity National Title Agency of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated: June 15, 2022

UNITED STATES DISTRICT JUDGE